IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02140-RPM-MJW

ABEL CAMPOS, an individual,

Plaintiff,

v.

BRIDGE HOSPITALITY, LLC, a Colorado limited liability company,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Defendant's Unopposed Motion for Leave to Allow the Insurance Representative to Participate by Telephone in the Settlement Conference (Docket No. 20) is granted, finding good cause shown.  Defendant's insurance representative, Joanne Ciminera, may participate in the Settlement Conference set on August 21, 2013, at 3:00 p.m. Mountain Time by telephone.  Ms. Ciminera shall provide defense counsel with the phone number at which she may be reached at that time.

Date: August 5, 2013