## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02140-RPM

**ABEL CAMPOS**,

    Plaintiff,

    v.

**BRIDGE HOSPITALITY, LLC**,

    Defendant.

_____

### ORDER GRANTING JOINT MOTION TO AMEND THE SCHEDULING ORDER
_____

This matter comes before the Court on docket # 23, the parties' Joint Motion to Amend the Scheduling Order. Having found good cause shown, the Court grants the motion. The Scheduling Order (docket #12) is hereby amended as follows: The discovery cut-off shall be October 11, 2013, and the dispositive motion deadline shall be November 11, 2013.

IT IS SO ORDERED THIS 6th DAY OF August 2013.

                                              **BY THE COURT:**

                                              s/Richard P. Matsch

                                              _____

                                              Richard P. Matsch, Senior District Judge