IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-2140-RPM

ABEL CAMPOS,

Plaintiff,

v.

BRIDGE HOSPITALITY, LLC,

Defendant.

---

ORDER OF DISMISSAL WITH PREJUDICE

---

This matter comes before the Court on the Parties' **Stipulation of Dismissal with Prejudice**, filed September 25, 2013. After careful review of the Stipulation and file, the Court has concluded that the Stipulation should be approved and that this action should be dismissed with prejudice. **THEREFORE IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal with Prejudice,** filed September 25, 2013, is **APPROVED**; and

2. That this action **IS DISMISSED WITH PREJUDICE** with the Parties to pay their own attorney fees and costs; and

3. All pending motions are denied as moot, and all scheduled Court dates and other deadlines are vacated as moot.

**IT IS SO ORDERED this 27th day of September, 2013.**

s/Richard P. Matsch

---

The Honorable Richard Matsch
United States District Court Judge